(No. 24772.—)

ANDREW B. BROWN, Appellee, *vs.* THE STATE DEPARTMENT OF OLD AGE ASSISTANCE, Appellant.

*Opinion filed October 21, 1938.*

OTTO KERNER, Attorney General, (EARL B. DICKERSON, of counsel,) for appellant.

'ANDREW B. BROWN, *pro se.*

Mr. CHIEF JUSTICE SHAW delivered the opinion of the court:

The appellee, Andrew B. Brown, filed a complaint in the circuit court of Cook county for a trial *de novo* under section 10 of the Old Age Assistance act, seeking to have his monthly award increased from $19 to $30. The appellant filed a motion to dismiss the complaint, contending, *inter alia,* that paragraph 3 of section 10 of the act (Ill. Rev. Stat. 1937, chap. 23, par. 419) is unconstitutional. The court overruled this motion and ordered the defendant to pay the monthly award of $30.

The same question was raised and decided adversely to the contention of the appellee in *Borreson* v. *Department of Public Welfare,* 368 Ill. 425. For the reasons stated in our opinion in that case the judgment of the circuit court of Cook county is reversed.

*Judgment reversed.*